

Charles M. Lizza
Phone: (973) 286-6715
Fax: (973) 286-6815
clizza@saul.com
www.saul.com

**VIA ECF**  February 10, 2025

The Honorable Michael E. Farbiarz, U.S.D.J.
United States District Court
Martin Luther King Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:   *Axsome Therapeutics, Inc., et al. v. Teva Pharmaceuticals, Inc.*
            Civil Action Nos. 23-1695, 23-23142, 24-6489, 24-9535, 24-10938 (MEF)(LDW)

Dear Judge Farbiarz:

    This firm, together with Quinn Emanuel Urquhart & Sullivan LLP, represents Plaintiffs Axsome Therapeutics, Inc. and Antecip Bioventures II LLC (together, "Plaintiffs") in the above-referenced matter.

    We are pleased to inform the Court that Plaintiffs and Defendant Teva Pharmaceuticals, Inc. ("Teva") have reached an amicable resolution of these matters. Accordingly, enclosed for Your Honor's consideration is a Stipulation and Order of Dismissal that would dismiss these cases. If the Stipulation and Order of Dismissal meets with the Court's approval, we respectfully request that Your Honor sign it and have it entered on the respective dockets.

    Thank you for your Honor's kind attention to these matters.

                                 Respectfully yours,

                                 Charles M. Lizza

Enclosure
cc:   All counsel of record (via email)'
       The Honorable Leda D. Wettre

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AXSOME THERAPEUTICS, INC. and ANTECIP BIOVENTURES II LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**TEVA PHARMACEUTICALS, INC.,**<br><br>Defendant. | **Civil Action Nos. 23-1695, 23-23142, 24-6489, 24-9535, 24-10938 (MEF)(LDW)** |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and by agreement between Plaintiffs Axsome Therapeutics, Inc. and Antecip Bioventures II LLC and Defendant Teva Pharmaceuticals, Inc. (together with Plaintiffs, the "Parties"), the Parties stipulate and agree that all claims, counterclaims, and affirmative defenses asserted by the Parties against each other in the above-captioned actions are hereby dismissed without prejudice, and without costs or attorneys' fees to any party.

The Parties stipulate that the U.S. District Court for the District of New Jersey retains jurisdiction to enforce and resolve any disputes relating to the subject matter of the above-captioned actions.

**SO STIPULATED:**

By:  *s/ Charles M. Lizza*
    Charles M. Lizza
    William C. Baton
    Sarah A. Sullivan
    SAUL EWING LLP
    One Riverfront Plaza, Suite 1520
    Newark, NJ 07102-5426
    (973) 286-6700

    *Attorneys for Plaintiffs*
    *Axsome Therapeutics, Inc. and*
    *Antecip Bioventures II LLC*

By:  *s/ Liza M. Walsh*
    Liza M. Walsh
    Christine I. Gannon
    Patrick S. Salamea
    Walsh Pizzi O'Reilly Falanga LLP
    Three Gateway Center
    100 Mulberry Street, 15th Floor
    Newark, NJ 07102
    Tel.: (973) 757-1100
    lwalsh@walsh.law
    cgannon@walsh.law
    psalamea@walsh.law

    *Attorneys for Defendant*
    *Teva Pharmaceuticals, Inc.*

**SO ORDERED:**

This _____ day of _____, 2025

_____
Hon. Michael E. Farbiarz, U.S.D.J.